UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MICHAEL MICHEL,                                    CASE NO:

           Plaintiff,
vs.

PENNCRO ASSOCIATES, INC.,

           Defendant.              /

## NOTICE OF REMOVAL

Defendant, PENNCRO ASSOCIATES, INC., by and through undersigned counsel, hereby gives notice pursuant to 28 U.S.C. §§ 1331, and 28 U.S.C. §§ 1441 and 1446 that the case entitled *Michael Michel v. Penncro Associates, Inc.*, Case No. 11-10869 CC 25 (03) is being removed from the County Court, in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida. In support of this Notice, PENNCRO ASSOCIATES, INC. states:

1. On or about August 1, 2011, Plaintiff, MICHAEL MICHEL, filed this action against Defendant, PENNCRO ASSOCIATES, INC., in the County Court in and for Miami-Dade County, Florida under the caption of *Michael Michel v. Penncro Associates, Inc.*, Case No. 11-10869 CC 25 (03). A copy of the state court file containing the Complaint, Summons and court docket with service of process reflected thereon are attached hereto as Exhibit "A".

2. Defendant, PENNCRO ASSOCIATES, INC. has caused this Notice of Removal to be filed within 30 days from the service of the initial Complaint, thereby timely removing this case pursuant to 28 U.S.C. §1446(b).

3. The Complaint consists of one count alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 ("FDCPA").

Case No.:

4. 28 U.S.C. §1441(b) provides as follows:

Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties. Any other such action shall be removable only if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought.

5. This action is a civil action and is one over which this Court has original subject matter jurisdiction under 28 U.S.C. §1331, and is an action that can be removed to this District Court pursuant to 28 U.S.C. §1441, as a result of Plaintiff alleging a violation of the FDCPA.

6. A copy of this Notice has been served contemporaneously with the Clerk of the County Court in and for Miami-Dade County, Florida.

WHEREFORE, Defendant, PENNCRO ASSOCIATES, INC., respectfully requests that this case proceed in this Court as an action properly removed to it.

*s/Barbara Fernandez*
David P. Hartnett
Florida Bar No. 0946631
Barbara Fernandez
Florida Bar No. 0493767
dhartnett@hinshawlaw.com
bfernandez@hinshawlaw.com
HINSHAW & CULBERTSON LLP
9155 S. Dadeland Boulevard
Suite 1600
Miami, Florida 33156-2741
Tel: 305-358-7747  / Fax: 305-577-1063
Attorneys for Defendant PENNCRO ASSOCIATES, INC.

14519432v1 0926730 07791

Case No.:

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2011, a true and correct copy of the foregoing was served upon the following via facsimile and U.S. Mail:

Erik Kardatzke, Esq.
Debt Defense, P.L.
6915 Red Road
Suite 200
Coral Gables, FL   33143
Attorneys For Plaintiff

*s/Barbara Fernandez*
David P. Hartnett
Florida Bar No. 0946631
Barbara Fernandez
Florida Bar No. 0493767
dhartnett@hinshawlaw.com
bfernandez@hinshawlaw.com
HINSHAW & CULBERTSON LLP
9155 S. Dadeland Boulevard
Suite 1600
Miami, Florida 33156-2741
Telephone: 305-358-7747
Facsimile:  305-577-1063
Attorneys for Defendant PENNCRO ASSOCIATES, INC.

14519432v1  0926730  07791