# EXHIBIT "A"

IN THE COUNTY COURT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 1 11 - 1 0 8 6 9 CC 25 (03)

MICHEAL MICHEL

v.

PENNCRO ASSOCIATES, INC.
_____/

**COMPLAINT**
**(JURY TRIAL DEMANDED)**

COMES NOW, Plaintiff, who claims as follows:

1.   A jury trial is demanded.

2.   This is an action for more than $5,000.00, but less than $15,000.00 and is within
     the jurisdiction of this court.

3.   Venue is proper because the actions occurred in this county.

4.   Plaintiff ("MICHEAL MICHEL") is a "consumer" as that term is defined by the
     Fair Debt Collection Practices Act (hereinafter "FDCPA"), 15 U.S.C.
     §1692a(3).

5.   MICHEAL MICHEL is a natural person allegedly obligated to pay a debt to the
     defendant.

6.   The obligation which defendants allege MICHEAL MICHEL is obligated to
     pay is a "debt" as that term is defined by the FDCPA, 15 U.S.C. §1692a(5) as
     the debt was incurred for personal purposes, a Bank of America account.

7.   The defendant is a "debt collector" as that term is defined by 15 U.S.C.
     §1692a(6).

8.   The defendant contacted MICHEAL MICHEL without disclosing that the call was an attempt to collect a debt or that the defendant was a debt collector as required by 15 U.S.C. 1692e(11).

9.   The defendant made a telephone call and left a voice-mail message omitting the disclosure required by law that the defendant was, in fact, a debt collector and that the call was an attempt to collect a debt.

10.  The message states "This message is for Michael Michel.  Please return to call to Lisa Boykins at 1 866 207 8184 extension 2610."

11.  PLAINTIFF suffered damages.

12.  The Fair Debt Collection Practices Act, §1692k provides for actual damages, statutory damages up to One-thousand dollars ($1,000.00), costs of this action, and reasonable attorney's fees for any violation of the Act.

WHEREFORE, MICHEAL MICHEL respectfully prays that this Court enter a judgment against the defendant for actual damages, statutory damages in the amount of one-thousand dollars ($1,000.00) for violations of the Fair Debt Collection Practices Act, costs of this action,  and any and all such additional and further relief as this Court deems just or proper in the circumstances.

Erik Kardatzke, Esq. FBN 17862
Debt Defense, P.L. – A Law Firm
6915 Red Road, Suite 200
Coral Gables, Florida 33143
Tel.: (305) 444-4323



## IN THE COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY FLORIDA

| DIVISION: CIVIL | SUMMONS<br>(20 Day Corporate Service) | CASE NUMBER |
|---|---|---|
| | | 11-10869CA25 |
| PLAINTIFF(S)<br><br>MICHEAL MICHEL | VS. DEFENDANT(S)<br><br>PENNCRO ASSOCIATES, INC. | CLOCK IN |

THE STATE OF FLORIDA

You ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant(s):

**PENNCRO ASSOCIATES, INC**
**95 JAMES WAY, STE 113**
**SOUTHHAMPTON, PA 18966**

Each defendant is required to serve written defenses to the complaint or petition on Plaintiff's Attorney:

Erik Kardatzke, Esquire
Debt Defense, P.L.
6915 Red Road, Ste 200
Coral Gables, FL 33143

Within 20 days after service of this summons on that defendant, exclusive of the day of service, Saturdays, Sundays and Legal Holidays, and to file the original of the defenses with the Clerk of Court either before service on the Plaintiff's attorney or immediately thereafter.  If defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

| **HARVEY RUVIN**<br>**CLERK OF COURTS** | BY:_____<br>DEPUTY CLERK | DATE<br>JUL 1 8 2011 |
|---|---|---|

AMERICANS WITH DISABILITIES ACT OF 1990
IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT OF 1990, PERSONS NEEDING A SPECIAL ACCOMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT THE COURT ADA COORDINATOR, NO LATER THAT 7 DAYS PRIOR TO THE PROCEEDINGS AT (305) 349-7174 (TDD)

RECEIVED
AUG 01 2011



🛒 0 Item(s) in Basket      Home     Online Services     About us     Contact us

## Civil / Probate Justice System - Docket Information

BACK TO SEARCH RESULTS      ALL PARTIES      START A NEW SEARCH

**MICHEL, MICHEAL vs PENNCRO ASSOCS INC**
\* Click on BOOK/PAGE of a particular docket to see the image if it is available \*

Case Number (LOCAL): 2011-10869-CC-25   Dockets Retrieved: 3     Filing Date: 07/18/2011
Case Number (STATE): 13-2011-CC-010869-0000-25     Judicial Section: 03

| Date | Book/Page | Docket Entry | Comments |
|------|-----------|--------------|----------|
| 08/26/2011 | | SERVICE RETURNED | BADGE # 2 P 08/01/2011 DN01 |
| 07/18/2011 | | SUMMONS ISSUED | DN01 |
| 07/18/2011 | | COMPLAINT | $ 5000.01 |

BACK TO SEARCH RESULTS      ALL PARTIES      START A NEW SEARCH

Civil Search Home | Civil Court Information | Email | Login
Home | Privacy Statement | Disclaimer | Contact Us | About Us
2005 Clerk of the Court. All Rights reserved



S0141756