UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-23143-CIV-KING

MICHAEL MICHEL,

    Plaintiff,

v.

PENNCRO ASSOCIATES, INC.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

THIS MATTER is before the Court on the Plaintiff's Acceptance of Offer of Judgment (D.E. #9) filed October 31, 2011, advising the Court that the above-styled case had settled. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises, it is

ORDERED, ADJUDGED and DECREED as follows:

1.     The above-styled case is hereby DISMISSED. This Court shall reserve jurisdiction to award costs and attorney fees.

2.     All unresolved pending motions in this case are hereby DENIED as moot.

3.     The **Pretrial Conference** previously set for **May 4, 2012** and the **Trial** previously set for **July 9, 2012** are hereby CANCELED.

4.     The Clerk shall CLOSE this case.

**DONE** and **ORDERED** in Chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, dated this 2nd day of November, 2011.

                                                        JAMES LAWRENCE KING
                                                        UNITED STATES DISTRICT JUDGE
                                                        SOUTHERN DISTRICT OF FLORIDA

cc:    Erik Kardatzke, Esq.
       Debt Defense, P.L.
       6915 Red Road
       Suite 200
       Coral Gables, FL 33143
       *Counsel for Plaintiff*

       David P. Hartnett, Esq.
       Barbara Fernandez, Esq.
       HINSHAW & CULBERTSON, LLP
       9155 South Dadeland Blvd.
       Suire 1600
       Miami, FL 33156
       *Counsel for Defendant*